UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL PUCKETT,<br><br>        Plaintiff,<br><br>  v.<br><br>RALPH DIAZ, *et al.*,<br><br>        Defendants. | Case No.  2:21-cv-00294 JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 5 |

Plaintiff has filed a motion for extension of time to file an application to proceed *in forma pauperis*. ECF No. 5.  Good cause appearing, it is hereby ORDERED that:

    1. Plaintiff's motion for an extension of time, ECF No. 5 is granted.

    2. Plaintiff is granted thirty days from the date of this order in which to file an application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   April 5, 2021                                    _____
                                                  JEREMY D. PETERSON
                                                  UNITED STATES MAGISTRATE JUDGE